No. 00–10284.  ALSTON v. BUMGARNER, ADMINISTRATOR, NASH CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 00–10286.  AL-MOSAWI v. GIBSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 00–10288.  BATES v. SULLIVAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–10291.  CALMESE v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 00–10293.  BOLEY v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 00–10294.  BROWN v. TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 00–10295.  MCGRUDER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10296.  PARRISH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–10300.  GARCIA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–10301.  IL SOO CHO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10302.  SANTO BATISTA v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 00–10304.  BROWN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–10306.  ANTOINE v. TAYLOR, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–10307.  BASILE v. HENRY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–10309.  DAVIS v. PRICE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH.  C. A. 3d Cir.  Certiorari denied.